UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 2:20-CR-5-M1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| LATISHA REESE HARRON | |

This matter comes before the court on Defendant's motion to seal Docket Entry 95. [DE-96] For good cause shown, Defendant's motion is GRANTED. The Clerk of Court is DIRECTED to maintain Docket Entry DE 95 under seal until further order of the court.

SO ORDERED this the 13Th day of May, 2021.

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE