UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:20-CR-5-1M

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | CONSENT ORDER |
| v. | ) | AS TO PETITIONER |
| | ) | WELLS FARGO BANK, N.A. |
| LATISHA HARRON | ) | |
| a/k/a Latisha Reese Holt | ) | |

On or about November 18, 2020, the Court entered a Consent Preliminary Order of Forfeiture in this criminal matter preliminarily forfeiting to the United States, among other things, certain real property located at 5115 Brideshead Court, White Plains, MD 20695 (the "Brideshead Court Property"). [D.E. 62, Ex. A, II.B.] On January 28, 2021, Petitioner Wells Fargo Bank, N.A. ("Wells Fargo") filed a petition pursuant to 21 U.S.C. § 853(n) and Federal Rule of Criminal Procedure 32.2, requesting that the Court adjudicate its asserted interest in the Brideshead Court Property, which it claims by virtue of a Note and a Deed of Trust executed by the defendant. [D.E. 77.] On March 18, 2021, the United States responded to the Petition and stated that it recognized that Wells Fargo had a valid interest in the Brideshead Court Property and would account for Wells Fargo's interest in any requested Final Order of Forfeiture with respect to the Brideshead Court Property. [D.E. 83.]

The United States and Wells Fargo have requested the entry of this Order to resolve Wells Fargo's pending petition in view of the United States' forthcoming request for the entry of a Final Order of Forfeiture in this matter.

1

## ORDER

In view of the foregoing, and based on the consent of the United States and Petitioner Wells Fargo as reflected below, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. In accordance with Rule 32.2(c) of the Federal Rules of Criminal Procedure, the Petition filed by Wells Fargo is hereby granted with respect to the Brideshead Court Property in accordance with the terms set forth herein.

2. Upon entry of an appropriate Final Order of Forfeiture, the defendant's interest in the property shall be forfeited to the United States, subject to the Deed of Trust recorded at Book 9734, Page 490 of the Charles County, Maryland Public Registry.

3. The United States agrees that Wells Fargo, its designee, or the relevant substitute trustee, shall be allowed to commence foreclosure proceedings against the Brideshead Court Property in accordance with the terms of its Note and Deed of Trust and in accordance with relevant Maryland law governing such foreclosure proceedings, with such sale being free and clear of all right, title, and interest of the United States, including without limitation, any redemption rights.

4. The United States shall not object to foreclosure proceedings as to the Brideshead Court Property and hereby waives any rights to appear or to demand mediation with respect to such foreclosure proceedings except with respect to the disposition of surplus proceeds, if any, derived from the foreclosure sale.

2

Case 2:20-cr-00005-M   Document 123   Filed 12/10/21   Page 2 of 4
Case 2:20-cr-00005-M   Document 121-1   Filed 12/07/21   Page 2 of 4

5. To the extent the foreclosure sale yields surplus proceeds in excess of the amount necessary to satisfy the debt secured by the Deed of Trust and associated interest, fees, and costs allowed under Maryland law governing foreclosure proceedings, Wells Fargo, its designee, or the relevant substitute trustee, shall tender all such surplus proceeds that would otherwise be due and owing to the homeowner to the United States Marshals Service.

6. In the event that the foreclosure sale of the Brideshead Court Property does not yield proceeds sufficient to satisfy Wells Fargo's claim in this forfeiture matter, the United States shall not be obligated to pay Wells Fargo any amount whatsoever. Wells Fargo shall further waive the right to seek any payment from the United States related to the Brideshead Court Property and shall release the United States, its agencies, officers, and employees from any liability whatsoever related to the Brideshead Court Property.

7. The United States shall include the foregoing terms in any Final Order of Forfeiture it requests with respect to the Brideshead Court Property. An original or certified copy of this order, and any preliminary or final orders of forfeiture in this matter, may be recorded in the relevant local land records.

Case 2:20-cr-00005-M   Document 121-1   Filed 12/07/21   Page 3 of 4

8. Each party shall bear its own attorneys' fees, costs, and expenses in this litigation.

SO ORDERED this 9th day of December, 2021.

_Richard E. Myers II_
RICHARD E. MYERS II
Chief United States District Court Judge

CONSENTED TO BY:

12/7/21
DATE

_John E. Harris_
JOHN E. HARRIS
Assistant United States Attorney
Eastern District of North Carolina

12-3-2021
DATE

_Jason K. Purser_
JASON K. PURSER
LOGS Legal Group
*Attorneys for Petitioner Wells Fargo Bank, N.A.*

4