IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 2:20-CR-00005-1M

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| LATISHA HARRON | : |
| a/k/a Latisha Reese Holt | : |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on November 18, 2020, this Court entered a Consent Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(2), 18 U.S.C. § 982(a)(7), and 18 U.S.C. § 982(a)(1), based upon the defendant's plea of guilty to offenses in violation of 18 U.S.C. §§ 1349, 1028A(a)(1), and 1956(h), and further evidence of record and as presented by the Government, the following property was forfeited to the United States, to wit:

Real Property

B. One approximately .20 acre tract of real property, with all improvements thereto, located in Charles County, Maryland, and more fully described in a deed recorded at Book 9734, Page 483, in the Charles County Circuit Court records, being last titled in the name of Latisha Holt, and having the street address of 5115 Brideshead Court, White Plains, MD 20695.
(the "Brideshead Court Property").

AND WHEREAS, in accordance with Fed. R. Crim. P. 32.2(b)(4)(A), the Consent Preliminary Order of Forfeiture became final as to the defendant upon entry; the defendant was sentenced and judgment was entered on May 18, 2021 [DE 101];

1

and the judgment incorporated the Consent Preliminary Order of Forfeiture by reference;

AND WHEREAS, the United States published notice of the forfeiture order on an official government internet website (www.forfeiture.gov) for at least thirty (30) consecutive days, beginning on December 16, 2020, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions, and said published notice advised all third parties of their right to petition the court within thirty (30) days of the final publication of notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, service upon the Brideshead Court Property was executed by an agent of the United States Marshals Service on April 16, 2021;

AND WHEREAS, the United States sent direct written notice of the Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6) to all persons who reasonably appeared to be a potential claimant with standing to contest the forfeiture of the Brideshead Court Property in a forfeiture ancillary proceeding, to wit:

       a. Worldwide Settlements, Inc.
       b. Academy Mortgage Corporation
       c. Office of the Treasurer, Charles County, MD
       d. Mortgage Electronic Registration Systems, Inc. (MERS)
       e. Liliana Del Carmen Rosario;

AND WHEREAS, Wells Fargo Bank, N.A. filed a petition of interest as mortgagee and holder of a deed of trust on the Brideshead Court Property on January 28, 2021. No other petitions have been filed with respect to the subject property.

AND WHEREAS, on December 10, 2021, the Court entered a Consent Order as to Petitioner Wells Fargo Bank, N.A. whereby it granted Wells Fargo's petition with respect to the Brideshead Court Property in accordance with the terms set forth therein;

AND WHEREAS, Wells Fargo has foreclosed on the Brideshead Court Property and surplus proceeds in the amount of $20,687.94 have been disbursed, made payable to the United States Marshal's Service;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the surplus proceeds in the amount of $20,687.94 is hereby forfeited to the United States in lieu of the Brideshead Court Property. The United States Marshal's Service is directed to dispose of the property according to law.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice or the United States Department of Treasury as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund or the Department of Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

SO ORDERED this 16th day of April, 2024.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE